# AFFIDAVIT
## of
## SEAN McDERMOTT
## SPECIAL AGENT
## FEDERAL BUREAU OF INVESTIGATION

I, Sean McDermott, being first duly sworn, do depose and state that:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and am assigned to the Jefferson City, Missouri office. I have been an SA with the FBI for approximately fourteen (14) years. In the course of my career, I have participated in numerous investigations concerning violations of Title 18, United States Code. I am currently assigned to criminal investigations involving child exploitation, child pornography and human trafficking. I have gained expertise in the conduct of such investigations through training in seminars and everyday work related to these types of investigations. I have personally led multiple investigations involving child pornography.

2. The statements contained in this affidavit are based on information I learned through my personal knowledge, investigative reports from other investigators familiar with this investigation, and conversations with investigators familiar with this investigation. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 18, United States Code, Sections 2252(a)(2) and (a)(4)(B), specifically, distribution and possession of child pornography, are located within data attributable to the Google account associated with email address fox2315@gmail.com, including, but not limited to: IP addresses, login dates and times, subscriber registration information, account status, associated email

addresses, phone numbers, photographs, videos and e-mail content, and any evidence pertaining to the sexual exploitation of children.

3. On July 30, 2018, the Boone County Sheriff's Department Cyber Crimes Task Force (BCCCTF) received CyberTip report #34801159 from the National Center for Missing and Exploited Children (NCMEC), which operates a web-based reporting system that facilitates the reporting of Internet related crimes against children.

4. CyberTip report #34801159 originated from Facebook, who reported Facebook username "no.brakes153" uploaded four images of apparent child pornography on June 14, 2018. BCCCTF Detective Tracy Perkins viewed these images, which were provided by NCMEC, and observed they depicted a prepubescent female exposing her genitalia in a lascivious manner.

5. Facebook identified username "no.brakes153" as SHELDON HIGGINBOTHAM, born October 14, 1989. Facebook reported the child pornography images were uploaded from IP address 71.49.73.91.

6. Internet research revealed IP address 71.49.73.91 was registered to CenturyLink d/b/a Embarq. Embarq reported that, on June 14, 2018, IP address 71.49.73.91 was registered to James Higginbotham, 5414 Route AA, Lot 3, Russellville, Missouri. Research in public records placed HIGGINBOTHAM at this address.

7. On August 29, 2018, Detective Perkins received Facebook records for Facebook username "no.brakes1523" pursuant to a search warrant issued through the Cole County courts. Facebook reported registered email addresses for "no.brakes1523" included fox1523@aim.com and fox2315@gmail.com. Facebook's records identified that "no.brakes1523" had communicated with username "Katie Flint" between May 22, 2018, and June 2, 2018. This communication included "no.brakes1523" transferring erotica or obscene material of females under the age of 18

2

to "Katie Flint" through Facebook messenger.

8. On October 29, 2018, Detective Perkins received Facebook records for Facebook user "Katie Flint" pursuant to a search warrant issued through the Cole County courts. These records included a Facebook messenger conversation wherein "no.brakes1523" transferred erotica or obscene material of females under the age of 18 to "Katie Flint."

9. Gmail is a free email service developed by Google.

## Conclusion

10. Based upon the foregoing, I assert that probable cause exists that the Google account associated with email address fox2315@gmail.com contains evidence of the depiction and distribution of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (a)(4)(B).

11. The facts set forth in this affidavit are true and correct to the best of my knowledge and belief.

Further, Affiant sayeth not.

**Sean McDermott**, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me on this, the 13th day of December, 2018.

**Willie J. Epps, Jr.**
United States Magistrate Judge